## IN THE MATTER OF JOHN G. DODEMEAD, JR.

### 1811

### Journal Entries

1. Recognizance filed . . . . . . . . *Journal, infra,* \*p. 370
2. Recognizor called . . . . . . . . . . . . " 372
3. Continuance . . . . . . . . . . . . . . " 387

### Papers in File
[None]

## UNITED STATES
### v.
## WILLIAM McDOWELL SCOTT

### 1811

### Journal Entries

1. Recognizance of witness filed . . . . . . *Journal, infra,* \*p. 370
2. Plea; issue . . . . . . . . . . . . . " 370
3. Continuance . . . . . . . . . . . . . " 372

### Papers in File

1. Indictment . . . . . . . . . . . . . *Printed in Vol. 2*
2. Capias and return . . . . . . . . . . . "